**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MOHAMED KAMARA,

     Plaintiff,

v.                                     CASE NO.: 1:21cv23110-BB

MEDICREDIT, INC.,

     Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO SELECT MEDIATOR AND SELECT MEDIATION DATE**

Defendant Medicredit, Inc. ("Medicredit") respectfully moves the Court to enter an order

extending the parties' deadline to select a mediator and select a mediation date [*see* ECF No. 11],

up to and including November 8, 2021. As grounds for same, Medicredit states as follows:

     1.     Plaintiff Mohamed Kamara sued Medicredit for alleged violations of the Fair Debt

Collection Practices Act (the "FDCPA," 15 U.S.C. § 1692k, *et seq.*) and the Florida Consumer

Collection Practices Act (the "FCCPA," Fla. Stat. Ann. § 559.55, *et seq.*). *See* ECF. No. 1-1.

     2.     On September 17, 2021, this Court entered an order setting certain deadlines in the

case, including a deadline for the parties to select a mediator and mediation date by October 8,

2021.  ECF No. 11.

     3.     On September 24, 2021, Medicredit timely filed a motion to dismiss plaintiff's

complaint.  ECF No. 14.  The motion includes a constitutional challenge.  *Id.*

     4.     Plaintiff's response to the complaint is due on October 8, 2021.  *Id.*

5. The Attorney General's deadline to intervene is November 23, 2021. *See* Fed. R. Civ. P. 5.1 ("Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier.")

6. The parties agree that mediation would be most helpful after the motion to dismiss is adjudicated and the Attorney General has had an opportunity to intervene in the case.

7. Accordingly, Medicredit seeks a thirty (30) day extension, through and including November 8, 2021, to select a mediator and a mediation date. While the Court may not have resolved the motion to dismiss by November 8, 2021, the parties should have completed briefing by that point and will know whether the Attorney General seeks to intervene, and consequently will be in a better position to gauge when a mediation would be most productive.

8. This Court has authority to grant Medicredit's request. *See, e.g., Harte Hanks, Inc. v. Castaneda*, 19-62134-CIV, 2021 WL 972722, at *1 (S.D. Fla. Mar. 16, 2021) ("District courts are given 'broad discretion over the management of pretrial activities, including discovery and scheduling.'") (quoting *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001).

WHEREFORE, Medicredit, Inc. respectfully requests that the Court enter an order giving the parties up to and including November 8, 2021 to select a mediator and mediation date, and that the Court enter such other or additional relief as the Court deems just and appropriate.

### Local Rule 7.1(a)(1)(3) Certification

The undersigned certifies that Defendant conferred with Plaintiff via email and received confirmation that Plaintiff does not oppose the relief requested in this Motion.

Dated: October 6, 2021

Respectfully submitted,

/s/ *Drew P. O'Malley*
Drew P. O'Malley
Florida Bar No. 106551
SPENCER FANE LLP
201 North Franklin Street, Suite 2150
Tampa, FL  33602
Phone:  813-424-3500
Facsimile:  813-405-8904
domalley@spencerfane.com
rhardy@spencerfane.com
ecoutu@spencerfane.com

*Counsel for Medicredit, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2021, a true copy of the foregoing has been electronically filed with the Clerk of Court through the CM/ECF E-Filing Portal and served on all counsel of record via transmission of Notices of Electronic Filing generated by the E-Filing Portal, to the following:

JIBRAEL S. HINDI, ESQUIRE
THOMAS J. PATTI, ESQUIRE
The Law Offices of Jibrael S. Hindi
110 SE 6th St., Suite 1744
Fort Lauderdale, FL 33301
Telephone: (954) 907-1136
Fax: (855) 529-9540
jibrael@jibraellaw.com
tom@jibraellaw.com

*Counsel for Plaintiff*

/s/ *Drew P. O'Malley*
Attorney